*Herbert E. Franklin, Jr.*, for appellant.
*David L. Lomenick, Jr., District Attorney, David J. Dunn, Jr., Assistant District Attorney*, for appellee.

## 71827. IN RE L. L. B.
### (357 SE2d 166)

BANKE, Chief Judge.

In accordance with the Supreme Court's decision in *In re L. L. B.*, 256 Ga. 768 (353 SE2d 507) (1987), vacating this court's judgment in *In re L. L. B.*, 178 Ga. App. 235 (342 SE2d 715) (1986), the judgment of the trial court is vacated; and the case is remanded to the trial court with direction that such further action be taken as may be necessary to give effect to the Supreme Court's decision.

*Judgment vacated and case remanded with direction. Birdsong, C. J., and Sognier, J., concur.*

DECIDED APRIL 13, 1987.

*Janice Y. Martin, Mary R. Carden, Phyllis J. Holmen, Imogene L. Walker*, for appellant.
*Michael J. Bowers, Attorney General, H. Perry Michael, First Assistant Attorney General, William C. Joy, Senior Assistant Attorney General, Richard J. Joseph, David C. Will, Assistant Attorney General*, for appellee.

## 73624. EVANS v. CLAYTON COUNTY.
### (356 SE2d 553)

BANKE, Presiding Judge.

The appellant filed suit against Milton Brooks, who is not a party to this appeal, and against Clayton County, the appellee herein, seeking to recover for personal injuries suffered by her minor son as the result of Brooks' alleged negligence in maintaining a vicious dog on his premises.

Brooks had "adopted" the dog from the Clayton County pound some 10 months earlier. The appellant sought to hold the county liable in the matter pursuant to 42 USC § 1983 based on allegations that it had maintained a "corrupt and negligent" policy of releasing vi-